NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KHAMANI LODGE,**
*Claimant-Appellant*

**v.**

**TODD HUNTER, Acting Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2025-1283

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-5656, Judge Amanda L. Meredith.

---

**ON MOTION**

---

## O R D E R

Upon consideration of Khamani Lodge's unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), and respondent-appellee's response regarding the allocation of costs,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

2                                          LODGE v. MCDONOUGH

    (2)  Each party shall bear its own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

January 30, 2025
      Date


ISSUED AS A MANDATE: January 30, 2025